THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE POOLE, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended until the January 1960 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

## (October 5, 1959)

In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. — Motion to dismiss appeals from decrees and orders of the Surrogate's Court, Rensselaer County, in the above-entitled proceeding. Through inadvertence the motions to dismiss the appeals in the above-entitled matter were granted by this court in a decision handed down October 1, 1959 (*ante,* p. 711). Such decision is hereby vacated and set aside and the motions in question are denied, without costs and without prejudice. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (October 8, 1959)

CITY OF ALBANY, Appellant, v. COPLIN YARAS, Respondent, et al., Defendants.— On motion of defendant-respondent to review taxation of costs in this court items Nos. 5, 6 and 7 taxed by the plaintiff-appellant for printing brief in the Appellate Division and in the Court of Appeals and for printing its record in the Court of Appeals are sustained as taxed. Items Nos. 11, 12 and 13 taxed for reimbursement of amounts previously paid by the plaintiff-appellant to the defendant-respondent for costs in the Appellate Division and for printing of his brief and record in the Appellate Division amounting to $431.35 are disallowed and stricken from plaintiff-appellant's costs. Such reimbursement does not appear to come within any statutory authorization for costs. This determination is without prejudice to an application by plaintiff-appellant to this court for an order directing restitution of the amounts thus paid. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLO E. FAIRFIELD, Appellant.— Application to prosecute appeal as a poor person denied, such permission having been heretofore granted. Application for assignment of counsel denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS P. REILLY, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time extended to the March 1960 Term of this court, provided an appeal has been timely taken. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.